IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHEMALLOY COMPANY, LLC,** | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| v. | : | No. 22-1143 |
| **CITIBANK, N.A.,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, on this **30th** day of **June 2022**, upon consideration of Defendant's Motion to Dismiss Complaint (ECF No. 11), Plaintiff's Response in Opposition (ECF No. 12), Defendant's Reply (ECF No. 13), and Plaintiff's Surreply (ECF No. 14), it is hereby **ORDERED** that the Motion is **GRANTED**. Accordingly, the Complaint is **DISMISSED WITH PREJUDICE.**

BY THE COURT:

/s/ Chad F. Kenney
**CHAD F. KENNEY, JUDGE**